[No. 17241-7-I.   Division One.   June 22, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. SHARON LOUISE STONE, *Defendant,* JEFFREY CURTIS FREEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-01521-1, James J. Dore, J., entered September 4, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17519-0-I.   Division One.   June 22, 1987.]

*In the Matter of the Marriage of* VICTOR VAN VALIN, *Respondent, and* SHARON VAN VALIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-3-06178-6, Carol A. Fuller, J., entered October 31, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Andersen and Cole, JJ. Pro Tem.

[No. 17578-5-I.   Division One.   June 22, 1987.]

THE CITY OF SEATTLE, *Petitioner,* v. PATRICK L. PARKER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-03044-0, George T. Mattson, J., entered November 15, 1985. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Williams, J.